IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01861-OES

ROGER SCOTT BLACKBURN,

    Plaintiff,

v.

WEBB COUNTY, and
STATE OF TEXAS,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 25 2005

GREGORY C. LANGHAM
CLERK

ORDER

Plaintiff Roger Scott Blackburn is a prisoner in the custody of the Colorado Department of Corrections at the Skyline Correctional Center at Cañon City, Colorado. Mr. Blackburn has filed *pro se* a Prisoner Complaint and a motion seeking leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. The motion seeking leave to proceed *in forma pauperis* will be granted. Based on the information about his financial status, the court finds that Mr. Blackburn is unable to pay an initial partial filing fee pursuant to § 1915(b)(1).

Title 28 U.S.C. § 1915 requires a prisoner bringing a civil action "to pay the full amount of a filing fee." 28 U.S.C. § 1915(b)(1). If a prisoner is unable to afford the full amount of the filing fee when the case is filed, the statute provides for payment of the filing fee through an initial partial filing fee and monthly installments of the balance until the full filing fee is paid. However, "[i]n no event shall a prisoner be prohibited from bringing a civil action or appealing a civil or criminal judgment for the reason that the

prisoner has no assets and no means by which to pay the initial partial filing fee." 28 U.S.C. § 1915(b)(4).

Mr. Blackburn may proceed in this action without payment of an initial partial filing fee. However, although he need not pay an initial partial filing fee, Mr. Blackburn remains obligated to pay the required $250.00 filing fee through monthly installments as directed in this order.

Finally, Mr. Blackburn also has filed a "Motion for Redress of Grievance," a "Motion for Subpoena of Documentation," and a "Motion to Amend Original Complaint." The motion to amend will be granted and the other two motions will be denied. Accordingly, it is

ORDERED that the motion seeking leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 is granted. It is

FURTHER ORDERED that Mr. Blackburn may proceed in this action without payment of an initial partial filing fee. Mr. Blackburn remains obligated to pay the full amount of the required $250.00 filing fee pursuant to § 1915(b)(1) regardless of the outcome of this action. It is

FURTHER ORDERED that, until the $250.00 filing fee is paid in full, Mr. Blackburn shall make monthly payments to the court of twenty (20) percent of the preceding month's income credited to his account or show cause why he has no assets and no means by which to make each monthly payment. Mr. Blackburn is directed to make the necessary arrangements to have the monthly payments identified by the civil action number on this order. In order to show cause, Mr. Blackburn must file a current certified copy of his trust fund account statement. It is

FURTHER ORDERED that if Mr. Blackburn fails to have the appropriate monthly payment sent to the clerk of the court each month or to show cause each month as directed above why he has no assets and no means by which to make the monthly payment, the complaint may be dismissed without prejudice and without further notice. It is

FURTHER ORDERED that process shall not issue until further order of the court. It is

FURTHER ORDERED that the "Motion for Redress of Grievance" and the "Motion for Subpoena of Documentation" filed on October 17, 2005, are denied and the "Motion to Amend Original Complaint" filed on October 19, 2005, is granted.

DATED at Denver, Colorado, this 25 day of October, 2005.

BY THE COURT:

O. EDWARD SCHLATTER
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 05-cv-01861-OES

Roger Scott Blackburn
Prisoner No. 127949
SCC
PO Box 800
Canon City, CO 81215- 0800

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on __10/25/05__

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk