IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01861-OES

ROGER SCOTT BLACKBURN,

    Plaintiff,

v.

WEBB COUNTY, and
STATE OF TEXAS,

    Defendants.



FILED
UNITED STATES DISTRICT COURT
COLORADO

NOV - 7 2005

GREGORY C. LANGHAM
CLERK

---

ORDER DIRECTING PLAINTIFF TO FILE SECOND AMENDED COMPLAINT

---

Plaintiff Roger Scott Blackburn is a prisoner in the custody of the Colorado Department of Corrections at the Skyline Correctional Center at Cañon City, Colorado. Mr. Blackburn initiated this action by filing *pro se* a Prisoner Complaint pursuant to 42 U.S.C. § 1983 alleging that Defendants violated his rights under the United States Constitution. On October 19, 2005, Mr. Blackburn filed an amended Prisoner Complaint. The court must construe the amended complaint liberally because Mr. Blackburn is representing himself. See *Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). However, the court should not be the *pro se* litigant's advocate. See *Hall*, 935 F.2d at 1110. For the reasons stated below, Mr. Blackburn will be ordered to file a second amended complaint.

The court has reviewed the amended complaint filed in this action and finds that it is deficient. Mr. Blackburn alleges in the amended complaint that his rights were

violated while he was held for ninety-three days on a Colorado detainer in a county jail in Webb County, Texas. He seeks money damages as relief. It is not clear why Mr. Blackburn has filed this action in this court rather than a court in Texas. It also is not clear why or for what conduct Mr. Blackburn is suing the named Defendants. It appears that his claims against the State of Texas are barred by the Eleventh Amendment, **see Will v. Michigan Dep't of State Police**, 491 U.S. 58, 66 (1989), and he fails to allege facts to establish municipal liability on the part of Webb County, **see City of Canton, Ohio v. Harris**, 489 U.S. 378, 385 (1989). Therefore, Mr. Blackburn will be ordered to file an amended complaint that clarifies his claims if he wishes to pursue those claims in this action. Accordingly, it is

ORDERED that Mr. Blackburn file **within thirty (30) days from the date of this order** a second amended complaint that complies with this order. It is

FURTHER ORDERED that the clerk of the court mail to Mr. Blackburn, together with a copy of this order, two copies of the following forms: Prisoner Complaint. It is

FURTHER ORDERED that, if Mr. Blackburn fails within the time allowed to file an original and sufficient copies of a second amended complaint that complies with this order to the court's satisfaction, the action will be dismissed without further notice.

DATED at Denver, Colorado, this 7 day of November, 2005.

BY THE COURT:

O. EDWARD SCHLATTER
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 05-cv-01861-OES

Roger Scott Blackburn
Prisoner No. 127949
Skyline Corr. Center
PO Box 800
Canon City, CO 81215- 0800

    I hereby certify that I have mailed a copy of the **ORDER and two copies of the Prisoner Complaint** to the above-named individuals on 11/7/05

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk